1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  KEVIN HOLMES,                              )   Case No.: 1:12-cv-01759 – JLT (PC)
                                               )
12              Plaintiff,                      )   ORDER RE REQUEST FOR STATUS
                                               )
13       v.                                     )
                                               )   (Doc. 8)
14  C/O JARAMILLIO, et. al,                     )
                                               )
15              Defendants.                     )
                                               )
16                                              )
                                               )
17 _____ )

18       On October 30, 2012, the Court dismissed Plaintiff's complaint with 21 days leave to amend.

19  (Doc. 5)  On November 13, 2012, Plaintiff filed a "request for status," in which he inquired whether

20  the Court received his amended complaint.  (Doc. 8)  The Court **has not** received the amended

21  complaint.

22       Therefore, within 14 days of the date of service of this order, Plaintiff SHALL file his amended

23  complaint.

24

25  IT IS SO ORDERED.

26  Dated:   **November 15, 2012**            **/s/ Jennifer L. Thurston**
                                               UNITED STATES MAGISTRATE JUDGE
27

28

                                      1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28