UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN HOLMES,<br><br>          Plaintiff,<br><br>     v.<br><br>C/O JARAMILLIO, et. al,<br><br>          Defendants. | Case No.: 1:12-cv-01759 – JLT (PC)<br><br>ORDER RE REQUEST FOR STATUS<br><br>(Doc. 8) |

On October 30, 2012, the Court dismissed Plaintiff's complaint with 21 days leave to amend. (Doc. 5) On November 13, 2012, Plaintiff filed a "request for status," in which he inquired whether the Court received his amended complaint. (Doc. 8) The Court **has not** received the amended complaint.

Therefore, within 14 days of the date of service of this order, Plaintiff SHALL file his amended complaint.

IT IS SO ORDERED.

Dated:   **November 15, 2012**          /s/ Jennifer L. Thurston
                                                              UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28