|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| KEVIN HOLMES,      )  Case No.: 1:12-cv-01759 - JLT
|                    )
|        Plaintiff,  )  SECOND ORDER REQUIRING DEFENDANTS
|                    )  TO INFORM THE COURT WHETHER HE WILL
|    v.              )  CONSENT TO MAGISTRATE JUDGE
|                    )  JURISDICTION
| JARAMILLO,         )
|                    )  (Doc. 24).
|        Defendants. )
|                    )

Plaintiff is a prisoner proceeding *pro se* and *in forma pauperis* in an action pursuant to 42 U.S.C. § 1983. On March 11, 2013, Defendant Jaramillo answered Plaintiff's complaint in this matter. (Doc. 21). On March 15, 2013, the Court ordered Defendant to inform the Court as to whether Defendant consented to proceed before the United States Magistrate Judge or declined and wished this matter to be assigned to a District Judge. (Doc. 24). Defendant's response was due within 30 days of the date of service or, on or before, April 18, 2013. Id. Defendant has not responded.

Accordingly, the Court **ORDERS** as follows:

1. Defendant is **ORDERED** to inform the Court as to whether he will consent to Magistrate Judge's jurisdiction or requests that this matter be assigned to a District Judge;

2. Defendant **SHALL complete and return** the consent/decline form within 30 days of the date of service of this Order;

1

3.  The Clerk of the Court is **DIRECTED** to send Defendant another copy of the consent/decline form and the instructions for consent to Magistrate Judge Jurisdiction.

IT IS SO ORDERED.

Dated: **April 22, 2013**               /s/ Jennifer L. Thurston
                                                  UNITED STATES MAGISTRATE JUDGE